UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY VINCE,** | * | **CIVIL ACTION** |
|     **PETITIONER** | * | |
| | * | |
| **VERSUS** | * | **NO. 24-cv-1398** |
| | * | |
| **TIM HOOPER, WARDEN,** | * | **SECTION "O" (4)** |
|     **RESPONDENT** | * | |

**RESPONDENT'S MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes Timothy Hooper, respondent herein,[*] who respectfully requests an additional twenty-one days in which to file its response in the above-captioned matter pursuant to F.R.C.P. Rule 6(b)(1)(A) and Local Civil Rule 7.8.

In support thereof, the respondent submits:

1. The respondent's answer to the petitioner's *habeas corpus* petition, and a certified copy of the state court record, is currently due on September 3, 2024 (Rec. Doc. 7).

2. Due to other matters pending in this Court, the state district court (22nd Judicial District Court), the Louisiana First Circuit Court of Appeal, and the Louisiana Supreme Court, undersigned counsel has not yet completed the compilation of the state court record or the answer to the habeas corpus petition.

3. The petitioner has not filed into the record an objection to an extension of time.

4. This is the respondent's first motion for extension of time.

---

[*] The proper respondent in a habeas corpus proceeding is the individual having custody over the petitioner. As the petitioner is presently being held at the Elayn Hunt Correctoinal Center, the proper respondent is the warden of that facility: Timothy Hooper. See West v. State of Louisiana, 478 F.2d 1026, 1029-1031 (5th Cir. 1973).

WHEREFORE, Respondent prays that it be granted an additional twenty-one days, or until September 24, 2024, to answer Jerry Vince's *habeas corpus* petition and to produce the state court record in the above-captioned matter.

Respectfully submitted,

/s/ Matthew Caplan
Matthew Caplan
La. Bar No. 31650
Assistant District Attorney
22nd Judicial District – Parishes of
    St. Tammany and Washington
701 N. Columbia Street
Covington, LA 70433

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon petitioner by mailing a copy, postage pre-paid, to:

Jerry Vince, DOC # 326419
Louisiana State Penitentiary
17544 Tunica Trace
Angola, LA 70712
*Petitioner, pro se*.

This 3rd day of September, 2024, Covington, Louisiana.

/s/ Matthew Caplan
Matthew Caplan
La. Bar No. 31650
Assistant District Attorney
22nd Judicial District – Parishes of
    St. Tammany and Washington
701 N. Columbia Street
Covington, LA 70433