UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERRY VINCE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-cv-1398** |
| **TIM HOOPER, WARDEN,** | **SECTION "O" (4)** |

## O R D E R

Considering Respondent's Motion for Extension of Time (ECF No. 11),

**IT IS ORDERED** that the motion is **GRANTED** and that Respondent shall have an additional 21 days, or until September 24, 2024, to file a response to petitioner Jerry Vince's federal habeas petition and an electronic copy of the state court record in accordance with the Court's Briefing Order (ECF No. 7).

New Orleans, Louisiana, this  4th   day of September, 2024.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**