UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY VINCE,** | * | **CIVIL ACTION** |
|     **PETITIONER** | * | |
| | * | |
| **VERSUS** | * | **NO. 24-cv-1398** |
| | * | |
| **TIM HOOPER, WARDEN** | * | **SECTION "O" (4)** |
|     **RESPONDENT** | * | |

**RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes Tim Hooper, respondent herein, who respectfully requests an additional twenty-one days in which to file its response in the above-captioned matter pursuant to F.R.C.P. Rule 6(b)(1)(A).

In support thereof, the respondent submits:

1. The respondent's answer to the petitioner's *habeas corpus* petition, and a certified copy of the state court record, is currently due on September 24, 2024 (Rec. Doc. 12).

2. Since this Court first ordered the respondent to answer the petition (Rec. Doc. 7), the undersigned has:

    a. answered four applications for post-conviction relief in the 22nd Judicial District Court;[1]

    b. filed five appellate briefs, three writ applications, and one court-ordered writ

---

[1] *State v. Harold Gordon*, 274001; *State v. Jeanie Hano*, 369912; *State v. Douglas Jamison*, 364872-1; *State v. Aaron Pittman*, 92-CR1-52115

                opposition with the Louisiana First Circuit Court of Appeal;[2] and

    c.    filed one writ application and one merits brief with the Louisiana Supreme Court.[3]

3.    In light of counsel's present workload and the volume of materials that counsel must review in order to properly respond to the habeas petition, the undersigned submits that there is good cause for a thirty-day extension of time in which to answer the habeas corpus petition.

WHEREFORE, Respondent prays that it be granted an additional thirty days, or until October 24, 2024, to answer Jerry Vince's *habeas corpus* petition and to produce the state court record in the above-captioned matter.

                                                               Respectfully submitted,

                                                      /s/ Matthew Caplan
                                                      Matthew Caplan
                                                      La. Bar No. 31650
                                                      Assistant District Attorney
                                                      22nd Judicial District
                                                      Covington, LA 70433

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon petitioner by mailing a copy, postage pre-paid, to:

    Jerry Vince, # 326419
    Louisiana State Penitentiary
    15744 Tunica Trace
    Angola, LA 70748

This 24h day of September, 2024, Covington, Louisiana.

                                                      /s/ Matthew Caplan
                                                    Matthew Caplan
                                                     Assistant District Attorney

---

2    *State Timothy Spicer*, 2024-KA-0482; *State v. Jermaine Augustine*, 2024-KA-0420; *State v. Kelton Johnson*, 2024-KA-0529; *State v. Stephanie Merritt*, 2024-KA-0624; *State v. Alexis Zebley*, 2024-KA-0658; *State v. James Dudley*, 2024-KW-0756; *State v. Akeam Darensburg*, 2024-KW-0752; *State v. Jose Moreno*, 2024-KW-0779; *State v. Freddie McGowan*, 2024-KW-0631.

3    *State v. Lawrence Burt*, 2024-KK-1072; *State v. Frederick Mangrum*, 2023-KO-1609.