## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY VINCE,** | * | **CIVIL ACTION** |
|     **PETITIONER** | * | |
| | * | |
| **VERSUS** | * | **NO. 24-cv-1398** |
| | * | |
| **TIM HOOPER, WARDEN** | * | **SECTION "O" (4)** |
|     **RESPONDENT** | * | |

## ORDER

Considering Respondent's *Second Motion for Extension of Time*;

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the Respondent be given an additional thirty (30) days or until October 24, 2024, to produce the state court record and file a response in the above-captioned case.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
MAGISTRATE JUDGE