UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY VINCE,<br>    PETITIONER | CIVIL ACTION |
| VERSUS | NO. 24-cv-1398 |
| TIM HOOPER, WARDEN<br>    RESPONDENT | SECTION "O" (4) |

## ORDER

Considering Respondent's *Second Motion for Extension of Time* (ECF No. 13),

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the Respondent be given an additional 30 days or until October 24, 2024, to produce the state court record and file a response in the above-captioned case.

New Orleans, Louisiana, this  25th  day of September, 2024.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE