U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Dec 26 2024
CAROL L. MICHEL
CLERK
SP Angola

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NO: 24-1398

JERRY VINCE
*Petitioner*,

VERSUS

TIM HOOPER, Warden,
Louisiana State Penitentiary;
State of Louisiana,
*Respondents.*

# OBJECTION TO MAGISTRATE'S REPORT AND RECOMMENDATION

ON BEHALF OF PETITIONER

Respectfully submitted,

Mr. Jerry Vince #326418
CBB-UL
Louisiana State Penitentiary
Angola, La. 70712

***PREPARED BY:***
David Constance #304580 Offender Counsel Substitute III
Main Prison Legal Aid Office
Cell Block Litigation Team
La. State Penitentiary
Angola, LA 70712

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JERRY VINCE, #326418** | **CIVIL ACTION**

**NUMBER: 24-1398**

**Vs.**

**JUDGE: ______________**

**TIM HOOPER, WARDEN** | **MAGISTRATE: Karen Wells Roby**

**OBJECTION TO**
MAGISTRATE'S REPORT AND RECOMMENDATION

**MAY IT PLEASE THE COURT:**

**NOW INTO COURT** comes Jerry Vince, (Petitioner) in a pro se capacity, who respectfully presents his "Objection to Magistrate's Report and Recommendation"; and who respectfully prays this Honorable Court will accept and consider same as timely, and thereafter subsequent to conducting a de novo review of the Magistrate's Report and Recommendation, reject said recommendation of dismissal of Petitioner's petition for federal habeas corpus relief; thus, granting Petitioner federal habeas corpus relief by annulling, vacating, and setting aside the state-court conviction and sentence.

For this Court's convenience, Mr. Vince is objecting to the Commissioner's Report and Recommendation in the same order as it was argued by Magistrate Karen Wells Roby.

Petitioner Jerry Vince petitioned this Court for a Writ of Habeas Corpus. Report and Recommendation was made by U.S. Magistrate Judge, Karen Wells Roby on December 13, 2024. The foregoing are written objections to those proposed findings, conclusions, and recommendation.

*First and foremost*, Mr. Vince objects to the Magistrate's Report and Recommendation in its entirety due to the fact that Mr. Vince has properly argued that he is entitled to relief in this matter, and that he has been denied a fair and impartial trial.

## NOTICE OF PRO-SE FILING

Mr. Vince requests that this Honorable Court view these Claims in accordance with the rulings of *Haines v. Kerner*, 404 U.S. 519, 92 S.Ct. 594, 30 L.Ed.2d 652 (1972).

## LAWS AND ARGUMENT

Mr. Vince's Objections are based on the following: (in part)

> "Under the unreasonable application clause, a federal habeas court may grant the writ if the state court identifies the correct governing legal principle from this Court decision, but unreasonably applies that principle to the facts of the prisoner's case. [Held by the United States Supreme Court] in *Williams v. Taylor*, 529 U.S. 362, 405-406 412-13 (2000)

## REQUEST FOR JUDICIAL NOTICE

Mr. Vince would like this Court to note that he had informed the Louisiana First Circuit Court of Appeals that he was unable to obtain the documents (such as the Bill of Indictment, the Minute Entries, transcript pages, or any other documents in order to use during the course of his collateral review. Mr. Vince also informed the Court that he was unable to retain most of the documents concerning his conviction due to the fact that the Louisiana State Penitentiary, located at Angola, Louisiana, has determined that LSA-R.S. 46:1844(W) prevents him from physically possessing any of the documents which *might* contain any information of the victim in his case. In fact, when his Appeal Record arrived, he was informed that the only people that were allowed to review his transcript were him and the Counsel assigned to assist him on Direct Appeal.[1] He was also informed that he (or anyone else) would be unable to obtain any copies of Record pursuant to 46:1844.

In fact, Mr. Vince wrote numerous requests to the Inmate Records in order to obtain his Louisiana Uniform Commitment Order, with no response from their office.

Simply put, Mr. Vince's Claims were presented to the Louisiana First Circuit Court of Appeals, but he was unable to obtain the documents which were requested of him. In order to return to the Court of Appeals for exhaustion purposes, Mr. Vince would be procedurally barred, and would be unable to

1 This is a strict rule that the Louisiana State Penitentiary enforces.

obtain a ruling on the merits.

In the event that this Court still determines that the Claims were not exhausted, Mr. Vince is desiring to dismiss the un-exhausted Issues from this Petition, and the Court determine the merits of the remaining Issues.

It must be noted that the Magistrate has not filed a Recommendation on the remaining Issues in this matter. As Mr. Vince is requesting that the un-exhausted Issues be dismissed, and a Recommendation be made on the remaining Issues in order for another Objection to be lodged in the Record.

## CONCLUSION

Based on the foregoing, Mr. Vince submits that he desires to Dismiss the un-exhausted Issues in his Petition, and proceed with the exhausted Issues. Mr. Vince requests that this Honorable Court review these Issues both singularly and cumulatively. Although each Issue may not warrant relief in itself, the totality of the Issue warrant relief in this matter.

Respectfully submitted,

Jerry Vince, #326418
CBB-UL
Louisiana State Penitentiary
Angola, Louisiana 70712-9818

## CERTIFICATE OF SERVICE

I, Jerry Vince, #326418, hereby certify that a true and correct copy of the forgoing has been served upon the Clerk of Court in the United States District Court for Louisiana, via electronic filing pilot program; and upon the District Attorney, St. Tammany Parish, this 23rd day of December, 2024.

Jerry Vince

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JERRY VINCE** CIVIL ACTION

NUMBER: 24-1398

-Versus-

SECTION: "O"(4)

**TIM HOOPER, Warden**

**FORM 7. DECLARATION OF INMATE FILING**

I am an inmate confined in an institution. Today December 23, 2024, I am delivering the Objection to the Magistrate's Report and Recommendation in this case to the Classification Officer assigned to my Unit, to be placed in the institution's internal mail system for electronic filing by the Legal Programs Department.

I declare under penalty that the foregoing is true and correct (see: 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Jerry Vince #326418

**eFile-ProSe**

| | |
|---|---|
| **From:** | Angola Prisoner E-Filing <EML-FED-ANG-Printers@LA.GOV> |
| **Sent:** | Thursday, December 26, 2024 7:23 AM |
| **To:** | eFile-ProSe |
| **Subject:** | Angola E-Filing |
| **Attachments:** | 326418_241226_072217072217.pdf |

*CAUTION - EXTERNAL:*

*CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.*