SCANNED at LSP and Emailed
12-26-24 by JB . 7 pages

RECEIVED
DEC 2 6 2024
Legal Programs Department

Clerk of Court,
U.S. District Court,
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Jerry Vince, #326418
CBB/UL
Louisiana State Penitentiary
Angola, LA 70712-9818

**DATE**: December 23, 2024

RE:   *JERRY VINCE, #326418 vs. TIM HOOPER, Warden*, Civil No. 24-1398.

Dear Clerk:

 Please find enclosed an Original of my pro se *Objection to Magistrate's Report and Recommendation*. I respectfully ask that you please file same into the docket of this court for judicial consideration.

 Your cooperation and time in this matter are greatly appreciated.

Respectfully,

/s/ Jerry Vince
Jerry Vince, D.O.C. #326418

JV/dec#304580
Enclosure

cc:   w/encl. District Attorney, St. Tammany Parish