

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  Feb 27 2025

CAROL L. MICHEL
CLERK

SP    EDSS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

### JERRY VINCE

VERSUS No.:_____

### TIM HOOPER, WARDEN

On Petition For Federal Habeas Corpus Pursuant To 28 U.S.C. § 2254;
From the 22nd Judicial District Court, Parish of St. Tammany, State of Louisiana,
Docket Number 603564.

Respectfully submitted this ___ day of May, 2025.

> JERRY VINCE, #326419
> GENERAL DELIVERY
> LA. STATE PENITENTIARY
> ANGOLA, LA 70712

### CIVIL PROCEEDINGS

*PREPARED BY*
David Constance #304580 Offender Counsel Substitute III
Main Prison Legal Aid Office
Criminal Litigation Team
La. State Penitentiary
Angola, LA 70712

## TABLE OF CONTENTS:                                                    Page

TABLE OF AUTHORITIES..................................................................................................ii
MEMORANDUM OF LAW IN SUPPORT.........................................................................1
PROCEDURAL HISTORY..................................................................................................1
STATEMENT OF THE FACTS...........................................................................................2
FEDERAL QUESTIONS PRESENTED..............................................................................3
TIMELINESS OF THIS PETITION.....................................................................................3
STANDARD OF REVIEW...................................................................................................4
ISSUES FOR REVIEW........................................................................................................4
ARGUMENT OF LAW........................................................................................................4
ISSUE NO. 1.........................................................................................................................4
**Reasonable jurists would determine that the trial court abused its discretion by permitting three distinct witnesses to testify under LSA-C.E. Art. 412.2; 15:435 & 436; La.C.Cr.P. Arts. 480 & 481**..................................................................................................................4
SUMMARY.........................................................................................................................11
ISSUE NO. 2.......................................................................................................................11
**Reasonable jurists would determine that maximum sentences as applied to the facts of this case and Mr. Vince are unconstitutionally excessive**..............................................................11
CONCLUSION AND PRAYER.........................................................................................15
CERTIFICATE OF SERVICE............................................................................................15

## TABLE OF AUTHORITIES: Page

### U.S. CONSTITUTION:

Fifth, Sixth and Fourteenth Amendments to the United States Constitution..................3
Sixth and Fourteenth Amendments to the United States Constitution.........................3

### FEDERAL CASES:

Artuz v. Bennett, 121 S.Ct. 361, 531 U.S. 4 (2000)....................................................4
Carey v. Saffold, 122 S.Ct. 2134, 536 U.S. 214 (2002)...............................................4
Spencer v. Texas, 385 U.S. 554, 573-75, 87 S.Ct. 648, 658-59, 17 L.Ed.2d 606, 619-20 (1967)...8
Williams v. Taylor, 120 S.Ct. 1495, 529 U.S. 362 (2000).............................................4
Yarborough v. Alvarado, 124 S.Ct. 2140, 541 U.S. 652 (2004)....................................4

### LA. CONSTITUTION:

Article I, § 20 of the Louisiana Constitution of 1974..................................................12

### STATUTORY PROVISIONS:

28 U.S.C.A. § 2244(d)(1)..........................................................................................3
28 U.S.C.A. § 2244(d)(2)..........................................................................................3
28 U.S.C.A. § 2254..........................................................................................1, 4, 15
28 U.S.C.A. § 2254(d)(2)..........................................................................................4
Art. 412.2...........................................................................................................4, 11
Article 403..............................................................................................................5
Article 412.2............................................................................................................8
FRE 413 and 414.....................................................................................................9
La. Code of Evidence, Article 103C...........................................................................9
La. C.Cr.P. Art. 403................................................................................................11
La. C.Cr.P. Art. 878................................................................................................10
La. C.Cr.P. Arts. 480 & 481......................................................................................4
LSA-C.E. 404.........................................................................................................8
LSA-C.E. Art. 403....................................................................................................5
LSA-C.E. Art. 403,...................................................................................................5
LSA-C.E. Art. 412.2............................................................................................4, 11
LSA-C.E. Art. 412.2; 15:435 & 436............................................................................4
LSA-R.S. 14:43.1......................................................................................................1
LSA-R.S. 14:81.2................................................................................................1, 13
LSA-R.S. 14:83.1....................................................................................................13

LSA-R.S. 15:445, 15:446..................................................................................................8

## **STATE CASES:**

State v. Bonanno, 384 So.2d 355 (La. 1980)..................................................................12
State v. Brogden, 457 So.2d 616 (La. 1984)..................................................................12
State v. Cosey, 779 So.2d 675, 684 (La. 11/28/00).........................................................5
State v. Donahue, 408 So.2d 1262 (La. 1982)................................................................13
State v. Freelon, 655 So.2d 687 (La.App. 2nd Cir. 5/10/95)..........................................13
State v. Hogan, 480 So.2d 288 (La. 1985).....................................................................12
State v. Humphries, 927 So.2d 650, 656 (La. App. 2nd Cir. 4/12/06)............................5
State v. Johnson, 94-1379 (La. 11/27/95), 664 So.2d 94, 99..........................................8
State v. Kennedy, 2000-1554 (La. 4/3/01), 803 So.2d 916............................................10
State v. Merdith, 400 So.2d 580 (La. 1981)...................................................................13
State v. Merritt, 877 So.2d 1079, 1085 (La. App. 5th Cir. 6/29/04)...............................5
State v. Prieur, 277 So.2d 126 (La. 1973).......................................................................7
State v. Rose, 949 So.2d 1236, 1244 (La. 2/22/07).........................................................5
State v. Sepulvado, 367 So.2d 762 (La. 1979)...............................................................12
State v. Smith, 839 So.2d 1 (La. 2003)..........................................................................12
State v. Thompson, 631 So.2d 555 (La. App. 2nd Cir. 1/19/94).............................12, 13

**eFile-ProSe**

| | |
|---|---|
| **From:** | Angola Prisoner E-Filing <EML-FED-ANG-Printers@LA.GOV> |
| **Sent:** | Thursday, February 27, 2025 9:36 AM |
| **To:** | eFile-ProSe |
| **Subject:** | Angola E-Filing |
| **Attachments:** | DOC #326419_250227_093508093508.pdf |

CAUTION - EXTERNAL:

*CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.*

1