SCANNED at LSP and Emailed
2-27-25 by UB · 21 pages
date    initials    No.

RECEIVED
FEB 27 2025
Legal Programs Department

Jerry Vince, #326418
General Delivery
La. State Penitentiary
Angola, LA 70712

_____
(Date)

Clerk of Court,
U.S. District Court,
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130

RE: *Jerry Vince #326418 vs. Tim Hooper, Warden*, Civil No. _____.

Dear Clerk:

    Please find enclosed an Original of my pro se *Petition for Federal Habeas Corpus (28 U.S.C. § 2254) and accompanying Memorandum of Law in Support with attached exhibits* in the above referenced civil matter. I respectfully ask that you please file same into the docket of this court for judicial consideration and disposition.

    Furthermore, I have already filed for pauper status when I initially filed my petition.

    This had originally been filed earlier, but I was informed that I had to amend my petition that deletes two unexhausted Claims by February 28, 2025 in order to obtain review.

    Your cooperation and time in this matter are greatly appreciated.

Respectfully,

_____
Jerry Vince

JV/dec#304580
Enclosures (3)

Cc:   w/encl. District Attorney, St. Tammany Parish