IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JERRY VINCE**                             CIVIL ACTION

                                            NUMBER:

-Versus-

                                            SECTION:

**TIM HOOPER, Warden**

**FORM 7. DECLARATION OF INMATE FILING**

I am an inmate confined in an institution. Today, _____, ___, 2025, I am depositing the Petition for Application for Habeas Corpus in this case in the institution's internal mail system for electronic filing by the Legal Programs Department.

I declare under penalty that the foregoing is true and correct (see: 28 U.S.C. § 1746; 18 U.S.C. § 1621).

_____
Jerry Vince #326419