**RECEIVED**

APR 0 9 2026

Legal Programs Department

Jerry Vince, #326419
General Delivery
La. State Penitentiary
Angola, LA 70712

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Apr 9 2026

CAROL L. MICHEL
CLERK
SP                    Angola

April 8, 2026
(Date)

Clerk of Court,
U.S. District Court,
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130

SCANNED at LSP and Emailed
4|9|26 by VM . 1 pages
date    initials   No.

RE: *Jerry Vince #326419 vs. Tim Hooper, Warden*, Civil No. 24-1398.

Dear Clerk:

I had timely filed by pro se *Petition for Federal Habeas Corpus (28 U.S.C. § 2254) and accompanying Memorandum of Law in Support with attached exhibits* in the above referenced civil matter. I respectfully ask that you please file same into the docket of this court for judicial consideration and disposition.

Furthermore, I had already filed for pauper status when I initially filed my petition. This had originally been filed earlier, but I was informed that I had to amend my petition that deletes two unexhausted Claims by February 28, 2025 in order to obtain review.

I sent my second pro se *Petition for Federal Habeas Corpus (28 U.S.C. § 2254) and accompanying Memorandum of Law in Support with attached exhibits* on February 25, 2025 through Legal Programs located at this institution, informing the Court that I would only be forwarding the Claims which they had stated had been exhausted. I understand that it takes some time to receive a response from the Court, but it's been over a year

As of this date, I have heard nothing from this Court. At this time, I am requesting a Status Check on my proceedings. Thank you for your time and consideration in this matter, and I look forward to an expedited response from your office.

Respectfully,

Jerry Vince