**eFile-ProSe**

| | |
|---|---|
| **From:** | EML-FED-ANG-Printers@LA.GOV |
| **Sent:** | Thursday, April 9, 2026 1:48 PM |
| **To:** | eFile-ProSe |
| **Subject:** | Angola E-Filing |
| **Attachments:** | 326419_20260409_134713.pdf |

*CAUTION - EXTERNAL:*


*by Legal Programs*
*CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.*