**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**JERRY VINCE**                                                          **CIVIL ACTION**

**VERSUS**                                                                    **NO. 24-1398**

**TIM HOOPER**                                                          **SECTION "O"**

## ORDER

Before the Court is in this state-habeas case is *pro se* Petitioner Jerry Vince's

Amended Petition for Writ of Habeas Corpus.[1]

**IT IS ORDERED** that the issue is **REFERRED** to Magistrate Judge Roby

for hearing and submission of a Report and Recommendation for disposition of

petitioner's amended petition pursuant to 28 U.S.C. § 636(b)(1)(B) and (C).

New Orleans, Louisiana, this 15th day of April, 2026.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 20. On April 13th, 2026, the Court received a letter from Vince requesting the Court review the status of his Amended Petition for Writ of Habeas Corpus, which was filed over a year prior. ECF No. 21.