**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JERRY VINCE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1398** |
| **TIM HOOPER** | **SECTION "O"** |

# J U D G M E N T

The Court having approved the Report and Recommendation of the Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be a judgment in favor of the respondents and against the petitioner, Jerry Vince, dismissing Vince's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

New Orleans, Louisiana, this 19th day of October, 2026.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE