**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JERRY VINCE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1398** |
| **TIM HOOPER** | **SECTION "O"** |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

__________ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

____X____ a certificate of appealability shall not be issued for the following reason(s): The petitioner has failed to make a substantial showing of the denial of a constitutional right, for the reasons set forth in the Report & Recommendation, which the Court has adopted in full and hereby incorporates by reference. *See* ECF Nos. 17, 19, 23 and 25. The petitioner has failed to show that reasonable jurists could debate whether the petition should have been resolved in a different manner or that the issues presented were adequate to proceed further. *See Id.*

New Orleans, Louisiana, this 20th day of October, 2026.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE