SCANNED at LSP and Emailed
10-27-26 by UB . 10 pages
date initials No.

Clerk of Court,
U.S. District Court,
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Jerry Vince, #326418
MPEY/Ash-1
Louisiana State Penitentiary
Angola, LA 70712-9818

RECEIVED
OCT 27 2026
Legal Programs Department

**DATE: October 9, 2026**

**RE:** *JERRY VINCE, #326418 vs. TIM HOOPER, Warden*, **Civil No. 24-1398.**

Dear Clerk:

Please find enclosed an Original of my pro se *Objection to Magistrate's Report and Recommendation*. I respectfully ask that you please file same into the docket of this court for judicial consideration.

Your cooperation and time in this matter are greatly appreciated.

Respectfully,

Jerry Vince, D.O.C. #326418

JV/dec#304580
Enclosure

cc: w/encl. District Attorney, St. Tammany Parish