Electronic filing

Legal programs

OFFENDER'S REQUEST FOR LEGAL / INDIGENT MAIL

NAME: JERRY VINCE

NUMBER: 326418

LOCATION: A-1

BALANCE IN YOUR DRAWING ACCOUNT: $ ____________

LIST EACH ITEM TO BE MAILED
GIVE THE NAME AND COMPLETE ADDRESS OF EACH PIECE TO BE MAILED:

Clerk of Court
Eastern District Court
name

500 Poydras street, Room C-151
address

New Orleans, LA. 70130
city, state, zip code

name

address

city, state, zip code

name

address

city, state, zip code

ANY DELIBERATE MISREPRESENTATION WILL RESULT IN YOUR MAIL BEING RETURNED

[signature]
offender's signature and number

[signature]
classification officer

10/9/26
date