IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JERRY VINCE

-Versus-

TIM HOOPER, Warden

CIVIL ACTION

NUMBER: 24-1398

SECTION: "O"(4)

FORM 7. DECLARATION OF INMATE FILING

I am an inmate confined in an institution. Today October 9, 2026 I am delivering the Objection to the Magistrate's Report and Recommendation in this case to the Classification Officer assigned to my Unit, to be placed in the institution's internal mail system for electronic filing by the Legal Programs Department.

I declare under penalty that the foregoing is true and correct (see: 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Jerry Vince #326418