**eFile-ProSe**

**From:** EML-FED-ANG-Printers@LA.GOV
**Sent:** Tuesday, October 27, 2026 1:20 PM
**To:** eFile-ProSe
**Subject:** Angola E-Filing
**Attachments:** 326418_20261027_131903.pdf

*CAUTION - EXTERNAL:*

*by Legal Programs*
*CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.*