RECEIVED
NOV 0 9 2026
Legal Programs Department

SCANNED at LSP and Emailed
11-9-26 by VB . 63 pages
date initials No.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Nov 9 2026
CAROL L. MICHEL
CLERK
SP Angola

| | |
|---|---|
| **JERRY VINCE #326419** | **CIVIL ACTION NO. 24-1398** |
| **VERSUS** | **JUDGE BRANDON S. LONG** |
| **TIM HOOPER, WARDEN** | **FILED:**____________________ |
| | **Deputy Clerk** |

---

**MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e)**

---

MAY IT PLEASE THE COURT:

**NOW INTO COURT** comes **Jerry Vince**, pro se Movant, who hereby moves, pursuant to **Fed. R. Civ. P. 59(e)**, to correct errors made in the October 20, 2026 order and judgment of the District Court denying Mr. Vince's petition for writ of *habeas corpus* under 28 U.S.C. § 2254 and memorandum in support in the above entitled case for the following reasons, to wit:

1.

**Rule Fed. R. Civ. P. 59(e)** motion to alter or amend judgment provide that "Any motion to alter or amend a judgment shall be filed no later than 28 days after entry of the judgment."

2.

On October 20, 2026, this Court stated: "... and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter," **(See Appendix "A").**

On October 9, 2026 Mr. Vince' timely filed his Objection to the Magistrate's Report and Recommendation (See: **Appendix "B"**). This filing must be considered to be timely upon the

institution's receipt of such on October 9, 2026 (See: Exhibit A Legal Mail Receipt).

3.

The district court erred in considering Mr. Vince's Objection during these proceedings. Mr. Vince understands that, in the event he fails to lodge Objections to the Magistrate's Report and Recommendation, the Rules of Court prohibit him from obtaining review in the U.S. Fifth Circuit Court of Appeals.

4.

WHEREFORE, Movant, Jerry Vince, pray that this Honorable Court will Grant Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e), and enter a judgment based upon the corrections respectfully suggested herein and within the attached Memorandum in Support.

Respectfully submitted,

Jerry Vince #326418, Pro-se
MPEY/Ash-1
Louisiana State Penitentiary
Angola, La. 70712