UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JERRY VINCE

VERSUS No.: 24-1398

TIM HOOPER, WARDEN

Motion to Alter or Amend Judgment
On Petition For Federal Habeas Corpus Pursuant To 28 U.S.C. § 2254;
From the 22nd Judicial District Court, Parish of St. Tammany, State of Louisiana,
Docket Number 603564.

Respectfully submitted this 6 day of November, 2026.

JERRY VINCE, #326419
MPEY/ASH-1
LA. STATE PENITENTIARY
ANGOLA, LA 70712

CIVIL PROCEEDINGS

*PREPARED BY:*
David Constance #304580 Offender Counsel Substitute III
Main Prison Legal Aid Office
Criminal Litigation Team
La. State Penitentiary
Angola, LA 70712

Jerry Vince, #326418
MPEY/Ash-1
La. State Penitentiary
Angola, LA 70712

11 - 6 - 26
(Date)

Clerk of Court,
U.S. District Court,
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130

RE: *Jerry Vince #326419 vs. Tim Hooper, Warden*, Civil No. 24-1398.
Request to Alter or Amend the October 20, 2026 Judgment pursuant to Fed.R.Civ. P. 59(e)

Dear Clerk:

Please find enclosed an Original of my pro se *Motion to Alter or Amend Judgment* in the above referenced civil matter pursuant to **Fed. R. Civ. P. 59(e)**, in regards to the judgment rendered by the United States District Court, Eastern District, on the 20th day of October, 2026 in the above entitled and numbered cause. This Motion to Alter or Amend Judgment is being submitted due the Honorable Judge Brandon S. Long's erroneous determination that Mr. Vince had failed to file an Objection to the Magistrate's Report and Recommendation, denying relief to Mr. Vince's §2254 *habeas corpus* application, petition and memorandum in support. I respectfully ask that you please file same into the docket of this court for judicial consideration and disposition.

Furthermore, please find my application for in pauper status. Should it be determined that I am required to pay the $5.00 filing fee, kindly submit such a notice and allow me not more than thirty (30) days by which to submit funds from my inmate account.

Your cooperation and time in this matter are greatly appreciated.

Respectfully,

Jerry Vince

JV/dec#304580
Enclosures (3)

Cc: w/encl. District Attorney, St. Tammany Parish