**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JERRY VINCE #326419** | **CIVIL ACTION NO. 24-1398**

**VERSUS** | **JUDGE: BRANDON S. LONG**

**TIM HOOPER, WARDEN** | **FILED:______________________**
**Deputy Clerk**

---

## MEMORANDUM IN SUPPORT OF MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e)

---

MAY IT PLEASE THE COURT:

**NOW INTO COURT** comes **Jerry Vince**, pro se Movant, who hereby moves, pursuant to **Fed. R. Civ. P. 59(e)**, to correct errors made in the October 20, 2026 order and judgment of the District Court denying Mr. Vince's petition for writ of *habeas corpus* under 28 U.S.C. § 2254 and memorandum in support in the above entitled case for the following reasons, to wit:

The District Court failed to consider Mr. Vince's Objections to the Magistrate's Report and Recommendation which was filed timely in accordance with the Mail Box Rule as set forth in ***Houston v. Lack***, 487 U.S. 266 (6/24/1988), which held that: "under appellate rule requiring habeas corpus appeals to be filed within 30 days, pro se prisoner's notice of appeal was filed at moment of delivery to prison authorities for forwarding to District Court." This holding would also extend to the handling of Mr. Vince's Objections, which was hand-delivered to the Classification Officer assigned to his Unit on October 9, 2026.

## ERROR NO. 1

**The Court erred in ruling that Mr. Vince failed to file an Objection to the Magistrate's Report and Recommendation during these proceedings.**

As argued above, Mr. Vince timely filed his Objections to the Magistrate's Report and Recommendation. The district court erred in failing to consider the merits of the Objection, including failing to stipulate that Mr. Vince had filed an Objection during these proceedings.

Mr. Vince has included a copy of the Legal Mail Slip that was retained from the Classification Officer assigned to his Unit at the Louisiana State Penitentiary, Angola, Louisiana, which is dated.

Under the provisions of ***Houston v. Lack***, 487 U.S. 266 (6/24/1988), Mr. Vince's Objection was timely filed and should have been considered prior to the district court ruling on his habeas petition.

Furthermore, in accordance with **Rule 59. New Trial; Altering or Amending a Judgment**, Rule 59(e); A motion to alter or amend a judgment must be filed no later than 28 days of the judgment. As the district court ruled on Mr. Vince's habeas on October 20, 2026, Mr. Vince has until November 17, 2026 in order to be timely in this pleading.

WHEREFORE, Jerry Vince, Movant herein, prays that this Honorable Court consider the errors Movant respectfully directs this Honorable Court's attention to, grant Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e), and enter a judgment according to the suggested corrections in error presented herein.

Respectfully Submitted,

Jerry Vince, 326419, Pro-se
MPEY/Ash-1
Louisiana State Penitentiary
Angola, LA 70712

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above **Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e) and Memorandum in Support of Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e)** has been served on Respondent by placing same in the prison mail system for delivery to the United States Postal Service, properly addressed and United States postage prepaid this 6 day of Nov, 2026.

Jerry Vince