UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY VINCE #326419 | CIVIL ACTION NO. 24-1398 |
| VERSUS | JUDGE BRANDON S. LONG |
| TIM HOOPER, WARDEN | FILED:____________________ Deputy Clerk |

APPENDICES IN SUPPORT OF
MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO
FED. R. CIV. P. 59(e) AND MEMORANDUM IN SUPPORT

APPENDIX:

| | |
|---|---|
| Petition for Habeas Corpus | "A" |
| Magistrate's Report and Recommendation | "B" |
| Objection to Report and Recommendation | "C" |
| District Court Ruling | "D" |

EXHIBITS:

| | |
|---|---|
| Legal Mail Receipt | "A" |