# APPENDIX "D"

## DISTRICT COURT RULING

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY VINCE | CIVIL ACTION |
| VERSUS | NO. 24-1398 |
| TIM HOOPER | SECTION "O" |

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge[1] and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Jerry Vince's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 19th day of October, 2026.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

[1] ECF No. 23.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY VINCE | CIVIL ACTION |
| VERSUS | NO. 24-1398 |
| TIM HOOPER | SECTION "O" |

# JUDGMENT

The Court having approved the Report and Recommendation of the Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be a judgment in favor of the respondents and against the petitioner, Jerry Vince, dismissing Vince's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

New Orleans, Louisiana, this 19th day of October, 2026.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY VINCE | CIVIL ACTION |
| VERSUS | NO. 24-1398 |
| TIM HOOPER | SECTION "O" |

CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

________ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

___X___ a certificate of appealability shall not be issued for the following reason(s): The petitioner has failed to make a substantial showing of the denial of a constitutional right, for the reasons set forth in the Report & Recommendation, which the Court has adopted in full and hereby incorporates by reference. *See* ECF Nos. 17, 19, 23 and 25. The petitioner has failed to show that reasonable jurists could debate whether the petition should have been resolved in a different manner or that the issues presented were adequate to proceed further. *See Id.*

New Orleans, Louisiana, this 20th day of October, 2026.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE