# EXHIBIT "A"

## LEGAL MAIL RECEIPT

Electronic Filing
Legal Programs

OFFENDER'S REQUEST FOR LEGAL / INDIGENT MAIL

NAME: JERRY VINCE

NUMBER: 326418

LOCATION: A-1

BALANCE IN YOUR DRAWING ACCOUNT: $ ______________

LIST EACH ITEM TO BE MAILED
GIVE THE NAME AND COMPLETE ADDRESS OF EACH PIECE TO BE MAILED:

Clerk of Court
Eastern District Court
name

500 Poydras street, Room C-151
address

New Orleans, LA. 70130
city, state, zip code

______________
name

______________
address

______________
city, state, zip code

______________
name

______________
address

______________
city, state, zip code

ANY DELIBERATE MISREPRESENTATION WILL RESULT IN YOUR MAIL BEING RETURNED

[signature]
offender's signature and number

[signature]
classification officer

10/9/26
date

U.S. EASTERN DISTRICT

LEGAL PROGRAMS
PRIVELGED MAIL

15

SEP 2 9 2026

Jerry Vince # 326418

Ashl

U.S. EASTERN DISTRICT

(10)

Ashl

LEGAL PROGRAMS
PRIVELGED MAIL

OCT 0 6 2026

Jerry Vince #326418
MPEY/Ash-1
Louisiana State Prison
Angola, LA 70712

RECEIVED
OCT 2 7 2026
Legal Programs Department

LEGAL PROGRAMS
PRIVELGED MAIL

Legal Program
Page Count: 11

13

**FEDERAL**
**LEGAL MAIL**
**To Be Scanned**

Clerk of Court
Eastern District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

OCT 3 0 202